## CARSON v. LEWIS.

Court of Common Pleas. New Castle. May, 1795.

*Bayard's Notebook, 97.*

*Johns,* for defendant, objected that the consideration of a bond could not be gone into.

[PER] CURIAM. Formerly the consideration of a bond could not be inquired into in a court of law; but the practice is otherwise at present, both in England and here. The cases are to this effect in 2 Wils. 341, 1 Bl.R. 445, Pow.Con. 333. The evidence must therefore be allowed.

*Bayard* for plaintiff. *Johns* [for] defendant.